KATE OGLESBY, Appellant, *v.* SATAN's TOE, INC., et al., Respondents.   (Two Actions.)

WOODSON R. OGLESBY, JR., Appellant, *v.* NEAL R. ANDREWS, Respondent.

KATE OGLESBY, SR., Appellant, *v.* SATAN's TOE, INC., et al., Respondents.

NEAL R. ANDREWS, Respondent, *v.* WOODSON R. OGLESBY et al., Appellants; SATAN's TOE, INC., Respondent, et al., Defendants. (Actions Nos. 1 and 2.)

TRI NATIONAL TRADING CORP., Respondent, *v.* WOODSON R. OGLESBY et al., Appellants; SATAN's TOE, INC., et al., Respondents, et al., Defendants.

Argued June 6, 1944; decided July 19, 1944.

*Orvile C. Sanborn* for appellants.

*George F. Reid* for Satan's Toe, Inc., and another, respondents.

*Sidney H. Reich* and *Abraham O. Chasser* for Tri National Trading Corporation, respondent.

Judgment affirmed, with costs; no opinion. (See 293 N. Y. 773.)

Concur: LEHMAN, Ch. J., LOUGHRAN, RIPPEY, LEWIS, CONWAY, DESMOND and THACHER, JJ.